APRIL 8, 1952

**No. 56554.**—SUIT 4675.—Coro, Inc. v. United States.——C. D. 1291 reversed January 29, 1952. C. A. D. 478.

APRIL 10, 1952

**No. 56555.**—SUIT 4673.—United States v. M. V. Jenkins et al.——Reap. Dec. 7924 affirmed January 29, 1952. C. A. D. 479.

BEFORE THE SECOND DIVISION, APRIL 16, 1952

**No. 56556.**—Albert Bonnier Publishing House, Inc., et al. v. United States, protests 170445-K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 56557.**—Cartier, Inc., et al. v. United States, protests 177977-K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 56558.**—B. R. Anderson & Co. et al. v. United States, protests 990374-G, etc. (Seattle).

Opinion by FORD, J. The protests were dismissed.

**No. 56559.**—Samuel S. Perry et al. v. United States, protests 81372-K, etc. (Seattle).

Opinion by FORD, J. The protests were dismissed.